

FILED

OCT 1 1 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ZINNIA LEONOR ROMERO,

                Defendant.

Case No. 15CR2240-BTM

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE BOND AND
RELEASE OF DOCUMENTS

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and any documents released by Pretrial if held.

Dated:  10/11/2016

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge